■ In the Matter of AKIKO MIAMI-LYN A., an Infant. ANN ALTHEA A., Appellant; CHILDREN's AID SOCIETY, Respondent, et al., Petitioner. [33 NYS3d 190]—

Order, Family Court, Bronx County (Carol R. Sherman, J.), entered on or about February 13, 2015, which, upon a fact-finding determination that respondent mother suffers from a mental illness within the meaning of the Social Services Law, terminated her parental rights to the subject child and committed custody and guardianship of the child to petitioners for the purpose of adoption, unanimously affirmed, without costs.

Clear and convincing evidence established that the mother is presently and for the foreseeable future unable, by reason of mental illness, to provide proper and adequate care for the child and that the child would be in danger of becoming a neglected child if she were placed in the mother's care (Social Services Law § 384-b [4] [c]; [6] [a]). Petitioner the Children's Aid Society submitted, among other things, unrebutted expert testimony that the mother suffers from long-standing schizoaffective disorder that renders her unable to care for the special-needs child, as well as the expert's detailed report, which was prepared after an interview with the mother and a review of her mental health records (*see Matter of Isis S.C. [Doreen S.]*, 98 AD3d 905, 905-906 [1st Dept 2012]). The expert noted the mother's limited insight into her condition, long-standing pattern of intermittent compliance with medication and treatment, and recurrent hospitalizations (*id.*). In addition, the mother testified that she did not have a mental illness and that she would not take medication if court supervision ceased. We have considered the mother's remaining contentions and find them unavailing. Concur—Tom, J.P., Mazzarelli, Andrias, Manzanet-Daniels and Gesmer, JJ.